```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14991
    LARRY TEAMER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-8797


--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
      The case was filed on 08/18/2007 and was confirmed 10/18/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was dismissed after confirmation 12/18/2008.
--------------------------------------------------------------------
    CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------
  CREDIT ACCEPTANCE CORP   SECURED VEHIC    7500.00             .00        3300.00
  WELLS FARGO HOME MORTGAG CURRENT MORTG        .00             .00            .00
  WELLS FARGO HOME MORTGAG MORTGAGE ARRE    969.76              .00         969.76
  COMMONWEALTH EDISON      UNSECURED      11752.50              .00            .00
  CREDIT ACCEPTANCE CORP   UNSECURED       2922.64              .00            .00
  IL STATE DISBURSEMENT UN NOTICE ONLY    NOT FILED             .00            .00
  LAKE COUNTY CHILD SUPPOR DSO ARREARS    NOT FILED             .00            .00
  IL STATE DISBURSEMENT UN DSO ARREARS     5663.70              .00            .00
  THOMAS M BRITT           DEBTOR ATTY     2,274.00                        2,274.00
  TOM VAUGHN               TRUSTEE                                           526.24
  DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------
   TRUSTEE            7,070.00

   PRIORITY                                     .00
   SECURED                                 4,269.76
   UNSECURED                                    .00
   ADMINISTRATIVE                          2,274.00
   TRUSTEE COMPENSATION                      526.24
   DEBTOR REFUND                                .00
                    --------------      --------------
   TOTALS              7,070.00            7,070.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 14991 LARRY TEAMER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 14991 LARRY TEAMER